UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHEILA BIGLANG-AWA, an individual,

                  Plaintiff,

        Case No. 18-cv-3148 (RJS)

   -against-

ASOS US, INC.,

        **NOTICE OF APPEARANCE**

                 Defendant.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that Caren Decter, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears for defendant ASOS US, Inc. in the above-captioned proceeding.

Dated: New York, New York
         May 2, 2018

                        FRANKFURT KURNIT KLEIN & SELZ, P.C.

                        By:___/s/ Caren Decter_____
                             Caren Decter
                        488 Madison Ave., 10th Floor
                        New York, New York 10022
                        (212) 980-0120

                        *Attorneys for Defendant ASOS US, Inc.*