# Frankfurt Kurnit Klein + Selz

Caren Decter
488 Madison Avenue, New York, New York 10022
T (212) 705 4833    F (347) 438 2133
cdecter@fkks.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/18

May 2, 2018

**VIA ECF AND EMAIL (sullivannysdchambers@nysd.uscourts.gov)**

Hon. Richard J. Sullivan
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

RE:   *Biglang-Awa v. ASOS US, Inc.* (S.D.N.Y. No. 1:18-cv-03148)

Dear Judge Sullivan:

We represent ASOS US, Inc. ("ASOS"), defendant in the above-captioned matter. With Plaintiff Sheila Biglang-Awa's ("Plaintiff") consent, ASOS respectfully requests a 60-day extension of its time to answer or otherwise respond to Plaintiff's Complaint in the above-captioned matter.

On April 10, 2018, Plaintiff filed the Complaint and, on April 27, 2018, filed a proof of service that purports to detail service on ASOS via the New York State Secretary of State on or about April 13, 2018. *See* Dkt. No. 5. Based on this proof of service, the current deadline for ASOS to answer or otherwise respond to the complaint is May 4, 2018.

ASOS respectfully requests a 60-day extension of its deadline to file a response to the Complaint, through and including July 3, 2018. ASOS submits that this extension is warranted on the grounds that ASOS (i) has, to date, received no formal notice or service of process via the Secretary of State; (ii) is in the process of investigating Plaintiff's allegations, including whether grounds exist on which to move to dismiss the Complaint; and (iii) has a good faith basis to believe that Plaintiff has sued the wrong corporate entity and, therefore, the parties may need to meet and confer regarding the filing and service of an amended pleading.

Pursuant to Your Honor's individual practices, ASOS contacted Plaintiff's counsel to discuss the requested extension and obtained Plaintiff's consent. This is ASOS's first request for an extension of its time to respond to the Complaint. Because ASOS's response is the only deadline currently scheduled in this action, extending ASOS's time to respond to the Complaint will not adversely impact any other case deadlines.

Hon Richard J. Sullivan
May 2, 2018
Page 2 of 2

    Finally, given the agreement of the parties and the reasons articulated above, ASOS respectfully submits that the Court should grant the relief requested.

Respectfully submitted,

Caren Decter

SO ORDERED
Dated: 5/2/18
RICHARD J. SULLIVAN
U.S.D.J.

cc: Counsel of Record (via ECF)