UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHEILA BIGLANG-AWA, an individual,   :
:
                    Plaintiff,   :
:   Case No. 18-cv-3148 (RJS)
  -against-   :
:
ASOS US, INC.,   :
:   **NOTICE OF APPEARANCE**
                 Defendant.   :
:
-------------------------------------------------------------------X

     PLEASE TAKE NOTICE that Andrew Ungberg, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears for defendant ASOS US, Inc. in the above-captioned proceeding.

Dated:  New York, New York
         May 3, 2018

                                   FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                   By:   /s/ Andrew Ungberg
                                       Andrew Ungberg
                                   488 Madison Ave., 10th Floor
                                   New York, New York 10022
                                   (212) 980-0120

                                   *Attorneys for Defendant ASOS US, Inc.*