# Frankfurt Kurnit Klein | Selz

**Caren Decter**

488 Madison Avenue, New York, New York 10022

T (212) 705 4833    F (347) 438 2133

cdecter@fkks.com

June 29, 2018

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/18

**VIA ECF & EMAIL (sullivannysdchambers@nysd.uscourts.gov)**

Hon. Richard J. Sullivan
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

      Re:    *Biglang-Awa v. ASOS US, Inc.* (S.D.N.Y. No. 1:18-cv-03148)

Dear Judge Sullivan:

      We represent ASOS US, Inc. ("ASOS"), defendant in the above-captioned matter. With Plaintiff Sheila Biglang-Awa's ("Plaintiff") consent, ASOS respectfully requests a further extension of its time to answer or otherwise respond to Plaintiff's Complaint in the above-captioned matter by approximately 30 days, through and including August 3, 2018.

      On April 10, 2018, Plaintiff filed the Complaint; ASOS's original deadline to answer or respond to Plaintiff's pleading was May 4, 2018. By letter motion on May 2, 2018, ASOS, with Plaintiff's consent, requested an initial extension of its time to respond in order to resolve certain issues surrounding service of the Complaint, to further investigate Plaintiff's allegations, and to meet and confer with Plaintiff regarding filing of an amended pleading. The Court granted ASOS's request on the same day, setting a revised deadline of July 3, 2018.

      In the intervening months, ASOS has undertaken a detailed review of Plaintiff's allegations and continues to weigh whether there are grounds on which to move to dismiss the Complaint. Additionally, the parties are engaging in good-faith settlement discussions, and believe that further discussions may lead towards a negotiated resolution. Accordingly, ASOS has requested and Plaintiff has consented to a 30-day extension of ASOS's time to respond to the Complaint.

      Pursuant to Your Honor's individual practices, ASOS states that this is its second request for an extension of its time to respond to the Complaint. Because ASOS's response is the only deadline currently scheduled in this action, extending ASOS's time to respond to the Complaint will not adversely impact any other case deadlines.

Hon. Richard J. Sullivan
June 29, 2018
Page -2-

Finally, given the agreement of the parties and the reasons articulated above, ASOS respectfully submits that the Court should grant the relief requested and extend ASOS's time to respond to the Complaint through and including August 3, 2018.

SO ORDERED
Dated: 7/2/18
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted,

/s/ Caren Decter

Caren Decter

cc: Counsel of Record (via ECF)