# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEILA BIGLANG-AWA, an individual, | Case No. 1:18-cv-03148 |
| Plaintiff, | Honorable Judge Richard J. Sullivan |
| v. | |
| ASOS US, INC. | |
| Defendant. | |

## JOINT STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action. Each shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Javier L. Merino* | */s/ Caren Decter* |
| Javier L. Merino, Esq. | Caren Decter, Esq. |
| DANNLAW | Andrew Ungberg |
| 1 Meadowlands Plaza, Suite 200 | FRANKFURT KURNIT KLEIN |
| East Rutherford, NJ 07073 | & SELZ, P.C. |
| Phone: (201) 355-3440 | 488 Madison Ave, 10th Floor |
| jmerino@dannlaw.com | New York, NY 10022 |
| DisabilityNotices@dannlaw.com | Phone: (212) 980-0120 |
| *Counsel for Plaintiff* | cdecter@fkks.com |
| Dated: August 20, 2018 | aungberg@fkks.com |
| | *Counsel for Defendant* |
| | Dated:  August 20, 2018 |

SO ORDERED:

_____         Date: _____
Hon. Richard J. Sullivan